# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**GREGORY PIRRONE,**
Reg # 01402-748                                                                                          **PLAINTIFF**

V.                           CASE NO. 2:16-CV-00152 BD

USA                                                                                                       **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 1st day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE